HARRIET FRIEDLING, an Infant, by SAMUEL FRIEDLING, Her Guardian ad Litem et al., Respondents, *v.* RAILWAY EXPRESS AGENCY, INC., Appellant, Impleaded with Others.

Argued October 22, 1942; decided December 3, 1942.

*Charles C. Evans* and *Nicholas F. Smith* for appellant.

*Desmond T. Barry, Edward A. Shandell* and *Harry Fieldsteel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.